IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action **No. 10-cv-00651-JLK**

**JAMES D. MOORE**,

    Plaintiff,

v.

**SHAWN MILLER**, in his individual and official capacity,
**JOHN ROBLEDO**, in his individual and official capacity,
**THE CITY AND COUNTY OF DENVER**, a municipality,

    Defendants.

## ORDER

Kane, J.

This matter is currently before me on Plaintiff's Unopposed Motion to Modify Scheduling Order to Extend Time to Conduct Discovery and Submit Dispositive Motions (doc. 16). Having reviewed the motion, and finding there to be good cause shown, Plaintiff's motion is GRANTED. The deadlines in the Scheduling Order are modified as follows:

    Discovery Cut-off: May 24, 2011

    Dispositive Motion Deadline: July 5, 2011

Dated: February 16, 2011                  BY THE COURT:

                                                   **/s/ John L. Kane**
                                                   SENIOR U.S. DISTRICT JUDGE