IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Judge John L. Kane

Civil Action No. **10-cv-651-JLK**

**JAMES D. MOORE,**

     Plaintiff,

v.

**SHAWN MILLER**, in his individual and official capacity,
**JOHN ROBLEDO,** in his individual and official capacity,
**THE CITY AND COUNTY OF DENVER,** a municipality,

     Defendants,

---

ORDER

---

On January 28, 2011, Plaintiff filed a Motion for a Protective Order (doc. 14) requesting that he be deposed via Skype videoconferencing. On March 3, 2011, Plaintiff filed a Motion to Withdraw his Motion for Protective Order (doc. 19). Plaintiff's Motion to Withdraw the Motion for Protective Order is GRANTED, and accordingly, I DENY AS MOOT Plaintiff's Motion for a Protective Order.

Dated: March 4, 2011                                  BY THE COURT:

                                                              **/s/ John L. Kane**
                                                               Senior U.S. District Judge