IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action **No. 10-cv-00651-JLK**

**JAMES D. MOORE**,

     Plaintiff,

v.

**SHAWN MILLER**, in his individual and official capacity,
**JOHN ROBLEDO**, in his individual and official capacity,
**THE CITY AND COUNTY OF DENVER**, a municipality,

     Defendants.

---

## ORDER

---

Kane, J.

     This matter is currently before me on Plaintiff's Motion to Hold Dispositive Motion in Abeyance Pending Resolution of Discovery Matters (doc. 26). Plaintiff requests that I adopt the discovery order entered in a similar case filed against Officer Miller and the City and County of Denver. *See Graber v. City & County of Denver*, 1:09-cv-1029-JLK-MJW (doc. 83). Because of the similarities between these cases, I previously ruled that they "should be handled in tandem." *See Graber*, 1:09-cv-1029-JLK-MJW (doc. 8). I see no reason to depart from that ruling.

     Accordingly, Plaintiff's motion is GRANTED. The discovery order entered in *Graber v. City & County of Denver*, 1:09-cv-1029-JLK-MJW (doc. 83), is adopted in this case, and briefing on Defendants' Motion for Partial Summary Judgment shall be stayed pending completion of discovery.

Defendants shall produce all statistical studies and comparative data regarding use of force by officers of the Denver Police Department, which are within their control. They shall also produce all documents relating to Defendant Miller's performance reviews and the CUFFS II reports for Defendant Miller and all Denver Police Officers regarding use of force. This discovery order applies to all Defendants, and they should make every effort to comply with these discovery obligations in a timely and efficient manner.

Furthermore, this matter is set for a status conference at 11:00 a.m. on October 21, 2011. At that status conference, Defendants should be prepared to provide an update on their compliance with their discovery obligations, and the parties should provide a proposed briefing schedule.

Dated: September 26, 2011          BY THE COURT:

                                      **/s/ John L. Kane**
                                      SENIOR U.S. DISTRICT JUDGE