IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Judge John L. Kane

Civil Action No. **10-cv-651-JLK**

**JAMES D. MOORE,**

    Plaintiff,

v.

**SHAWN MILLER**, in his individual and official capacity,
**JOHN ROBLEDO,** in his individual and official capacity,
**THE CITY AND COUNTY OF DENVER,** a municipality,

    Defendants,

---

ORDER

---

Kane, J.

This matter has been pending for over two years. Much of that delay can be attributed to the ongoing completion of discovery. Currently, the parties are working without any deadlines; there is no reason to suspect a timely resolution.

Those delays are, however, largely related to Plaintiff's claims against the City and County of Denver and Officers Shawn Miller and John Robledo in their official capacity. Neither party contests that Plaintiff's claims against Officers Miller and Robledo in their individual capacity are appropriate for resolution at trial.

In order to hasten the resolution of this matter, I think it prudent to renew deadlines for the completion of discovery and the trial of Plaintiff's claims. Discovery shall be completed no later than August 10, 2012. The parties shall appear before me at 10:00 a.m. on August 22, 2012 for a status conference. At that status conference, the parties should be prepared to address

the deadlines for designation of expert witnesses, the feasability for resolving Defendants' Partial Motion for Summary Judgment via a Rule 50 motion at trial, scheduling of a trial date, and all other outstanding matters.

Dated: July 9, 2012                    BY THE COURT:

**/s/ John L. Kane**
Senior U.S. District Court Judge