## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Senior Judge John L. Kane

| | |
|---|---|
| Date:  August 22, 2012 | Courtroom Deputy: Bernique Abiakam |
| Civil Case No.: 10-cv-00651-JLK | Court Reporter: Janet Coppock |

JAMES D. MOORE,                                David A. Lane

      Plaintiff,

v.

SHAWN MILLER, et al.,                          Matthew R. Hader
                                                     David V. Cooke

      Defendants.

---

## COURTROOM MINUTES

**Status Conference**

**10:08 a.m.    Court in session.**

Court calls case.  Counsel present.  Also present, Bradlee Arendt, paralegal.

Preliminary remarks by the Court.

Statement by Mr. Lane.

Statement by Mr. Hader.

**ORDERED:  Oral Request by Defendant to withdraw its Motion For Partial Summary Judgment is GRANTED.**

**ORDERED:  Discovery is continued to Monday, December 3, 2012.**

**ORDERED:  Disclosure of experts by February 4, 2013.  Defendant may re-file its motion for summary judgment by March 6, 2013.**

**10:18 a.m.    Court in recess.**
Hearing concluded.
Total in-court time: 00:10