IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-651-JLK-MJW**

**JAMES D. MOORE,**

      Plaintiff,

v.

**SHAWN MILLER, in his individual and official capacity,**
**JOHN ROBLEDO, in his individual and official capacity,**
**THE CITY AND COUNTY OF DENVER, a municipality,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Stipulated Motion to Modify Scheduling and Discovery Order and Extend Discovery Cut-Off (doc. #68), filed November 14, 2012, is **GRANTED** as follows:

(1) extend the discovery cut-off to March 3, 2013;

(2) extend the deadline to disclose experts to April 10, 2013;

(3) extend the deadline to submit dispositive motions to May 8, 2013;

(4) extend the deadline to disclose rebuttal experts to May 8, 2013;

(5) expand the limit on depositions to 20 per side; and

(6) increase the number of experts allowed to four per side(an allowance of 4 experts is 4 total experts, including rebuttal witnesses).

Dated: November 15, 2012