IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 10-cv-651-JLK

JAMES D. MOORE,

    Plaintiff,

v.

SHAWN MILLER, in his individual and official capacity, JOHN ROBLEDO, in his individual and official capacity, THE CITY AND COUNTY OF DENVER, a municipality,

    Defendants.

## ORDER GRANTING DEFENDANTS MOTION TO COMPEL, Doc. 72

Kane, J.

    Before me is Defendants' Motion to Compel Production, Doc. 72. The Motion is MOOT with respect to Interrogatory No. 13 and is GRANTED as to Requests for Production Nos. 7, 8, & 9 (requests regarding Plaintiff's writings about his arrest, his employment records, and his tax records, respectively), which requests Plaintiff must comply with by April 2, 2013 at 5:00PM MST. Failure to comply may result in imposition of sanctions, including dismissal of claims or denial of relief in damages.

DATED:    March 11, 2013        BY THE COURT:

                                              /s/John L.Kane
                                              U.S. Senior District Judge