# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00651-JLK

JAMES D. MOORE,

    Plaintiff,

v.

SHAWN MILLER, in his individual and official capacity,
JOHN ROBLEDO, in his individual and official capacity,
THE CITY AND COUNTY OF DENVER, a municipality,

    Defendants.

## ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO DISCLOSE EXPERT WITNESSES AND SUBMIT DISPOSITIVE MOTIONS

The Stipulated Motion to Modify Scheduling Order to Extend Time to Disclose Expert Witnesses and Submit Dispositive Motions (Doc.88), filed April 9, 2013, is **GRANTED** as follows:

    (1) The deadline for expert witness disclosures is extended to May 14, 2013;

    (2) the deadline for rebuttal expert disclosures is extended to June 14, 2013; and,

    (3) the deadline for submitting dispositive motions is extended to June 28, 2013.

Dated: April 10, 2013.

                                   */s/John L. Kane*
                                   U.S. SENIOR DISTRICT JUDGE