**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-00651-JLK

JAMES D. MOORE,

      Plaintiff,

v.

SHAWN MILLER, in his individual and official capacity,
JOHN ROBLEDO, in his individual and official capacity,
THE CITY AND COUNTY OF DENVER, a municipality,

      Defendants.

## ORDER GRANTING DOC. 113, UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS

Kane, J.

On September 23, 2013, Defendants filed their Reply in Support of Defendants' Motion for Partial Summary Judgment, Doc. 112. In that filing, Defendants cited to materials and documents produced during discovery that have been designated "Confidential" per this action's Stipulation and Protective Order, Doc. 13 at ¶2.b. Defendants now seek leave to file these materials in the public record.

Defendants posit that though the documents are confidential in nature, they do not meet the requirements for filing under restricted access because they are capable of being redacted such that privacy and other concerns may be adequately stilled. *See* D.C.COLO.LCivR 7.2. In addition to the materials associated with their Reply, Defendants submit that the letter to Mr. Moore from Commander John Burbach pertaining to the status of the underlying IAB investigation involving Mr. Moore,

attached as Exhibit 1 to the Declaration of John Burbach, should be filed in the public record.

  I GRANT Defendants' Motion. The aforementioned documents shall be filed in the public record, provided they satisfy the redaction requirements identified in Fed.R.Civ.P.5.2 and the local rules as applicable.

DATED:   October 1, 2013   BY THE COURT:

                *s/John L. Kane*
                John L. Kane, U.S. Senior District Judge