## MINUTE ENTRY FOR CONFERENCE

TO: Docketing

FROM: Magistrate Judge Michael E. Hegarty

DATE: January 28, 2015

RE: *Moore v. The City & County of Denver, et al.*, 10-cv-00651-JLK-MJW

    ____ Settlement negotiations were held on this date, and no settlement has been reached as to any claims in this action.

     X  A settlement conference was held on this date in the above-captioned case, and the parties agreed to settle:

        ____ All claims in this action.

         X  Claims between Plaintiff and The City and County of Denver (subject to City Council approval). These parties shall file a stipulated motion to dismiss on or before April 30, 2015.

Settlement conference and preparation time involved: 6 hours 15 minutes.

     X  A record was made           ____ No record was made

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

    ____ Supplemental settlement negotiations were held in the above-captioned case, including telephone and e-mail discussions, since the initial conference.

Negotiation time involved: ___ hours ___ minutes.