**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-00651-JLK-MJW

JAMES D. MOORE,

      Plaintiff,

v.

SHAWN MILLER, in his individual and official capacity,
JOHN ROBLEDO, in his individual and official capacity, and
THE CITY AND COUNTY OF DENVER, a municipality,

      Defendants.

---

**ORDER DISMISSING DEFENDANTS SHAWN MILLER
AND JOHN ROBLEDO WITH PREJUDICE**

---

THE COURT having reviewed the Stipulation for Dismissal (Doc. 148) pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that all claims against defendants Shawn Miller and John Robledo are dismissed with prejudice, with each party to pay his or its own attorney fees and costs.

                                  BY THE COURT:

Dated: September 8, 2015        *s/John L. Kane*
                                          SENIOR U.S. DISTRICT JUDGE