## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00651-JLK-MJW

JAMES D. MOORE,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, a municipality,

    Defendant.

---

## ORDER DISMISSING DEFENDANT CITY AND COUNTY OF DENVER WITH PREJUDICE

---

THE COURT having reviewed the Stipulation for Dismissal (Doc. 150) pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that that this action is DISMISSED WITH PREJUDICE, with each party to pay his or its own attorney fees and costs.

BY THE COURT:

Dated: September 17, 2015    *s/John L. Kane*
    SENIOR U.S. DISTRICT JUDGE